COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Antonio Montero
Madison C C; Bldg. 3, Dorm - D
158 Treatment Plant Road
Tallulah LA 71282

**REHEARING ACTION: February 12, 2014**

**Docket Number: 13   00956-KH**

**STATE OF LOUISIANA
VERSUS
ANTONIO MONTERO**

**Writ Application from Calcasieu Parish Case No. 07-16918**

**BEFORE JUDGES:**

**Hon. John D. Saunders
Hon. Billy Howard Ezell
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Antonio Montero** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for the Respondent